IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL MEDICAL CARE, INC. d/b/a NEOMEDICA LOOP/EAST DELAWARE,<br><br>             Plaintiff,<br><br>v.<br><br>ASTA CARE CENTER OF ELGIN, LLC.<br><br>             Defendant. | 08 cv 4190<br><br>Judge Castillo<br><br>Magistrate Judge Cox |

### REQUEST FOR THE CLERK OF COURT TO REFUND FILING FEE

On July 23, 2008, National Medical Care, Inc. ("NMC") e-filed a Complaint and accompanying documents which have been assigned the case number 08-cv-4190. NMC inadvertently made a duplicate payment of the filing fee. NMC seeks a refund of the second $350 filing fee. A copy of the receipt no. 2960862 is attached as Exhibit A.

Dated: July 23, 2008                        Respectfully submitted,

                                            NATIONAL MEDICAL CARE, INC.


                                            By:    /s/ Jena Valdetero
                                                   One of Its Attorneys

Brian A. Sher, #6196469
Anthony L. Lehr, #6187689
R. Bruce Duffield, #0686360
Jena M. Valdetero, #6290948
BRYAN CAVE LLP
161 North Clark Street, Suite 4300
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

C048860/0176598/80055.1

**Valdetero, Jena M.**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Wednesday, July 23, 2008 9:34 PM |
| **To:** | Valdetero, Jena M. |
| **Subject:** | Pay.Gov Payment Confirmation |

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: ILND CM ECF
Pay.gov Tracking ID: 24URUGUD
Agency Tracking ID: 075200000000002960862

Account Holder Name: Jena Valdetero
Transaction Type: Sale
Billing Address: 161 North Clark Street
Billing Address 2: Suite 4300
City: Chicago
State/Province: IL
Zip/Postal Code: 60601
Country: USA
Card Type: American Express
Card Number: ***********1008
Expiration Date: Sep, 2010
Payment Amount: $350.00
Transaction Date: Jul 23, 2008 10:33:40 PM

1



PLAINTIFF'S EXHIBIT A