AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

NATIONAL MEDICAL CARE, INC.,

    Plaintiff,

V.

ASTA CARE CENTER OF ELGIN, LLC,

    Defendant.

CASE NUMBER: 08CV4190

ASSIGNED JUDGE: JUDGE CASTILLO

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX
EDA

TO: (Name and address of Defendant)

Asta Care Center of Elgin, LLC
134 North McLean Boulevard
Elgin, Illinois 60123

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian A. Sher
Bryan Cave LLP
161 North Clark Street
Suite 4300
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within    **20**    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**



(By) DEPUTY CLERK

July 24, 2008

Date

State of Illinois

General No.: 08CV4190

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

HEIDI BERNA deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 7/24/2008 at 2:15:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Asta Care Center of Elgin, LLC as shown below:

Served the wihin named Asta Care Center of Elgin, LLC by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Sandy Kunicki a person authorized to accept service of process as agent.

Said service was effected at 134 N. McLean Blvd, Elgin, IL  60123

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

7-24-08
Dated

Heidi Berna
117-000192