# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

National Medical Care, Inc.

                              Plaintiff,

v.                                                 Case No.: 1:08−cv−04190
                                                            Honorable Ruben Castillo

Asta Care Center of Elgin, LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

      MINUTE entry before the Honorable Ruben Castillo:The Court will hold the telephone status conference at 11:00 a.m. on 8/6/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.