UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

National Medical Care, Inc.
          Plaintiff,

v.                   Case No.: 1:08−cv−04190
                  Honorable Ruben Castillo

Asta Care Center of Elgin, LLC
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Telephone status conference held on the record. This litigation is on a settlement track and is expected to settle in the next forty days. The Court will hold a status hearing in open court on 10/2/2008 at 9:45 a.m. unless a stipulation or a motion to voluntarily dismiss is filed prior to 10/1/2008. Plaintiff's emergency motion for injunctive relief [8] is withdrawn. Defendant to answer or otherwise plead to the complaint on or before 10/9/2008. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.